IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Magie Worthy, as Personal Representative of the Estate of Tara Shavone Worthy, and as Assignee of Victor Goode and Stephanie Goode,<br><br>Plaintiff,<br><br>vs.<br><br>State Farm Fire and Casualty Company and Brenda Spearman,<br><br>Defendants. | Civil Action No.  7:17-cv-02582-TMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(ii) the parties stipulate that this lawsuit is dismissed with prejudice.

## WE SO STIPULATE:

CHAPPELL, SMITH & ARDENT

s/ W. HUGH McANGUS, JR.
William H. McAngus, Jr.
Federal Bar No. 9874
E-Mail: hmcangus@csa-law.com
Post Office Box 12330
Columbia, SC  29211
(803) 929-3600

*Attorneys for Plaintiff*

## WE SO STIPULATE:

NELSON MULLINS RILEY & SCARBOROUGH, LLP

s/ CHARLES R. NORRIS
Charles R. Norris
Federal Bar No. 2549
E-Mail: charles.norris@nelsonmullins.com
M. Kathleen McTighe Mellen
Federal Bar No. 11652
E-Mail: katie.mellen@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

*Attorneys for Defendants*